**Linda JONES, an Individual,**
**Plaintiff–Appellant,**

v.

**CALVERT GROUP, LIMITED,**
**Defendant–Appellee.**

No. 10–2435.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 14, 2011.

Decided: July 26, 2011.

221

Theodore S. Allison, Karr & Allison, P.C., Washington, D.C., for Appellant. Henry A. Platt, Saul Ewing LLP, Washington, D.C., for Appellee.

Before TRAXLER, Chief Judge, SHEDD, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linda Jones appeals a district court order granting summary judgment against her in her employment discrimination case against Calvert Group, Ltd. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jones v. Calvert Group, Ltd.*, No. CA–06–2892–DKC, 2010 WL 5055790 (D.Md. Dec. 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*